

ORIGINAL

FILED

08/17/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0197

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0197

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

RICHARD D. HINMAN,

    Defendant and Appellant.

FILED

AUG 17 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Counsel for the Appellant Richard D. Hinman filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). Hinman responded to counsel's brief and objected to counsel's motion.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders.* We conclude a nonfrivolous issue exists as to whether this Court should reconsider our determination in *State v. Mount,* 2003 MT 275, 317 Mont. 481, 78 P.3d 829, upholding the retroactive provision of the Sexual or Violent Offender Registration Act.

Therefore,

IT IS ORDERED that counsel's motion to be allowed to withdraw is DENIED.

IT IS FURTHER ORDERED that Appellant's opening brief shall be due within thirty days of the date of this Order.

The Clerk is directed to provide copies of this Order to all counsel of record and to Hinman personally.

DATED this 17 day of August, 2021.

                                                              Chief Justice

_____

_____

_____

_____

_____

_____
Justices